JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-00319-AB-SK | Date: | September 19, 2024 |
|---|---|---|---|

| Title: | *Sharmagh Aslanian v. SharkNinja Operating, LLC* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On August 26, 2024, the Court ordered Plaintiff Sharmagh Aslanian, pro se, to show cause why this action should not be dismissed for lack of prosecution in light of what appeared to be Plaintiff's abandonment of the case. *See* Dkt. No. 14. The Court required a response within 14 days. The Court advised Plaintiff that this was her last opportunity to pursue this action, and that if she did not respond by the deadline, this action would be dismissed.

As of the date of this Order, Plaintiff has not responded to the OSC. This action is therefore **DISMISSED** for lack of prosecution. The Clerk's Office is ordered to close the case.

**IT IS SO ORDERED.**